# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-02-00013-CR

**Jon Mark Thurmond, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE COUNTY COURT AT LAW NO. 1 OF WILLIAMSON COUNTY
### NO. 01-5034-1, HONORABLE BOBBY L. CUMMINGS, JUDGE PRESIDING

Appellant Jon Mark Thurmond pleaded no contest to an information accusing him of unlawfully carrying a weapon. *See* Tex. Pen. Code Ann. ' 46.02 (West Supp. 2002). The court adjudged him guilty and assessed punishment at incarceration for 365 days and a $500 fine. The court suspended imposition of sentence and placed appellant on community supervision.

Appellant waived his right to counsel and represents himself on appeal. Appellant did not respond to the Court=s notices. A reporter=s record was not requested. *See* Tex. R. App. P. 37.3(c)(1). Appellant did not file a brief. *See* Tex. R. App. P. 38.8(b)(4).

We have examined the record before us and find no fundamental error or other matter that should be considered in the interest of justice. The judgment of conviction is affirmed.

_____

Marilyn Aboussie, Chief Justice

Before Chief Justice Aboussie, Justices B. A. Smith and Yeakel

Affirmed

Filed: August 30, 2002

Do Not Publish